RONALD HALL *v.* COMMISSIONER OF CORRECTION

The petitioner Ronald Hall's petition for certification for appeal from the Appellate Court, 124 Conn. App. 778 (AC 31377), is denied.

*Edward G. McAnaney*, special public defender, in support of the petition.

*Kathryn Ward Bare*, assistant state's attorney, in opposition.

Decided January 13, 2011

HOMECOMINGS FINANCIAL NETWORK, INC. *v.* BEVERLY STARBALA ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 125 Conn. App. 901 (AC 30893), is denied.

*Beverly Starbala*, pro se, and *Steven Starbala*, pro se, in support of the petition.

*Mary E. Holland*, in opposition.

Decided January 13, 2011